Case 1:22-cv-10257-GHW-SDA   Document 8   Filed 03/06/23   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Trent Berger <br><br> *Plaintiff(s)* <br> v. <br> United States Department of Commerce <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22 cv 10257 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* US Department of Commerce, 1401 Constitution Ave NW, Washington, D.C. 20230.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael R. DiChiara
Krakower DiChiara LLC
333 Bloomfield Avenue, Suite 305-4
Caldwell, NJ 07006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 6, 2023

/S/ S. James
*Signature of Clerk or Deputy Clerk*

Civil Action No. 22 cv 10257

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Department of Commerce
was received by me on *(date)* 3/7/2023 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shoshanna Kaplan, Special Advisor to General Counsel 1401 Constitution Ave., NW, Washington, DC 20230 , who is designated by law to accept service of process on behalf of *(name of organization)*
US Department of Commerce on *(date)* 3/7/2023 11:06 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/7/2023

*Server's signature*

Joseph D. Koniowsky, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

62811

Additional information regarding attempted service, etc:
Shoshanna Kaplan   Gender: Female   Race/Skin: White   Age: 35 yrs. old   Weight: 125 lb.   Height: 5'6"   Hair: Brown   Glasses: No   Other:

Documents Served: Summons in a Civil Action and Plaintiff's Original Complaint