```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trent Berger,

                Plaintiff,

-against-

U.S. Department of Commerce,

                Defendant.

1:22-cv-10257 (GHW) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

       The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Tuesday, May 16, 2023 at 11:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
               May 9, 2023

_____
STEWART D. AARON
United States Magistrate Judge