```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trent Berger,

                Plaintiff,

-against-

U.S. Department of Commerce,

                Defendant.

1:22-cv-10257 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiff, during which Plaintiff's counsel indicated his intent to file a motion to withdraw, it is hereby Ordered as follows:

1. No later than Tuesday, May 30, 2023, Plaintiff's counsel shall file his motion to withdraw. By the same date, Plaintiff's counsel shall serve a copy of his motion and related papers, along with a copy of this Order, on Plaintiff and file proof of service on the ECF docket.

2. No later than June 29, 2023, Plaintiff shall provide a copy of any response to his current counsel and counsel shall file any response on the ECF docket immediately upon receipt.

**SO ORDERED.**

Dated:      New York, New York
             May 16, 2023

                                                        /s/ Stewart D. Aaron
                                                        _____
                                                        STEWART D. AARON
                                                       United States Magistrate Judge