UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trent Berger,

                Plaintiff,

-against-

U.S. Department of Commerce,

                Defendant.

1:22-cv-10257 (GHW) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2023

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiff, and Michael DiChiara and Stewart Lee Karlin as attorneys for Plaintiff, it is hereby Ordered as follows:

1. In view of the appearance of Attorney Karlin as counsel for Plaintiff, and Plaintiff's statement during today's conference that he no longer objects to Attorney DiChiara's request to withdraw as counsel (*see* Letter, ECF No. 15), Attorney DiChiara's request is granted.

2. Plaintiff shall file any amended pleading no later than Monday, August 7, 2023.

3. The deadline for Plaintiff to serve Defendant, pursuant to Federal Rule of Civil Procedure 4(m), is extended until Monday, August 21, 2023.

**SO ORDERED.**

Dated:     New York, New York
            July 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge