```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trent Berger,

                Plaintiff,

-against-

U.S. Department of Commerce,

                Defendant.

1:22-cv-10257 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, the deadline for Plaintiff to serve Defendant, pursuant to Federal Rule of Civil Procedure 4(m), was Monday, August 21, 2023; and

WHEREAS, Plaintiff has not yet filed proof of service on the docket.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT, Plaintiff shall file proof of service no later than Tuesday August 29, 2023.

**SO ORDERED.**

Dated:    New York, New York
          August 24, 2023

_____
STEWART D. AARON
United States Magistrate Judge