```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trent Berger,

                              Plaintiff,

-against-

U.S. Department of Commerce,

                              Defendant.

1:22-cv-10257 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

        Discovery in this action closed on September 23, 2024. (*See* 6/12/24 Order, ECF No. 57.) No later than October 3, 2024, the parties shall file a joint letter setting forth proposed next steps in this action, including whether they would like to be referred for further mediation and/or whether either party intends to file a dispositive motion. If either party intends to file a dispositive motion, the joint letter also shall set forth a proposed briefing schedule.

**SO ORDERED.**

Dated:    New York, New York
             September 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge