```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
TRENT BERGER,                                                  :
                                                               :
                                    Plaintiff,                 :    1:22-cv-10257-GHW
                                                               :
                -v-                                            :    ORDER
                                                               :
U.S. DEPARTMENT OF COMMERCE, *et al.*,                         :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 11, 2025, the Court adopted Judge Aaron's report and recommendation granting in part and denying in part Defendants' motion for summary judgment. Dkt. No. 76. On April 21, 2025, the parties informed the Court that they do not consent to conducting all further proceedings before Judge Aaron. Dkt. No. 78. Therefore, the Court must set a date for trial of the remaining issues. The Court will hold a conference on April 25, 2025 at 10:00 a.m. to discuss a trial date and the necessary pre-trial submissions. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which can be found on the Court's website. Specifically, Rule 2(C) of the Court's Individual Rules contains the dial-in information and other relevant instructions for the conference.

      SO ORDERED.

Dated: April 23, 2025
      New York, New York

                                                                     GREGORY H. WOODS
                                                               United States District Judge