```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :
TRENT BERGER,                               :
                                                       :
                           Plaintiff,      :           1:22-cv-10257-GHW
                                                       :
                         -v-                   :                 <u>ORDER</u>
                                                       :
U.S. DEPARTMENT OF COMMERCE, *et al.*,   :
                                                       :
                           Defendants.   :
                                                       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on the record on April 25, 2025, a jury trial in this matter will begin on Monday, April 20, 2026 at 9:00 a.m. The Court will hold a final pretrial conference in this case on Wednesday, March 11, 2026 from 1:00 p.m. to 4:00 p.m. Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      The parties are directed to submit the following materials no later than February 1, 2026: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

      SO ORDERED.

Dated: April 27, 2025

                                                                        _____
                                                                            GREGORY H. WOODS
                                                                       United States District Judge