UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2025
```

---------------------------------------------------------------- X
                               :

TRENT BERGER,                :
                               :

                   Plaintiff,   :         1:22-cv-10257-GHW
                               :

          -v-           :         <u>ORDER</u>
                               :

U.S. DEPARTMENT OF COMMERCE, *et al.*,  :
                               :

                 Defendants.  :
                               :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By order dated June 12, 2025, on consent of all parties, the Court referred this case to the assigned magistrate judge to conduct all further proceedings and to order the entry of a final judgment, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Therefore, the trial scheduled for April 20, 2026 is adjourned *sine die*. The final pretrial conference scheduled for March 11, 2026 is adjourned *sine die*. The deadline for the parties to submit the materials outlined in the Court's April 27, 2025 order, Dkt. No. 80, is extended *sine die*.

      SO ORDERED.

Dated: June 12, 2025
      New York, New York

                            _____
                                GREGORY H. WOODS
                            United States District Judge