USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trent Berger,

                Plaintiff,

-against-

U.S. Department of Commerce and Howard Lutnick

                Defendants.

1:22-cv-10257 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is dismissed without costs to any party and WITHOUT PREJUDICE to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    New York, New York
             June 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge